UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY JASER,<br><br>        Plaintiff,<br><br>   v.<br><br>KADMON HOLDINGS, INC., TASOS G.<br>KONIDARIS, HARLAN W. WASKAL,<br>EUGENE BAUER, DAVID E. COHEN,<br>ARTHUR KIRSCH, NANCY MILLERRICH,<br>and CYNTHIA SCHWALM,<br><br>        Defendants. | Case No.: 1:21-cv-08154-RA |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

   Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 9, 2021

OF COUNSEL:

**ADEMI LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
   jfruchter@ademilaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*

Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*